UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COLONEL MAURICE MAYNARD MEYERS,

       Plaintiff,         **ORDER**
                         **09 CV 1986 (CBA)(LB)**
 -against-

THE HEALTH AND HOSPITAL CORPORATION,

       Defendant.
-----------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

 Plaintiff has made multiple calls to the Court's Pro Se Office stating that he will be unable to oppose defendant's motion because he is currently at Bayley Seton Psychiatric Unit, where he claims he has no writing materials. Plaintiff also states, because of these restrictions, he cannot submit a written change of address to the Court as required. While requests to the Court must generally be made in writing, in this instance, the Clerk of Court is directed to add 75 Vanderbilt Avenue, Staten Island, NY 10304 as an alternative address for plaintiff.

 Plaintiff's time to oppose defendant's motion to dismiss shall be extended to **January 29, 2010**. If plaintiff fails to oppose defendant's motion by this date, defendant shall file their motion electronically, which the Court shall consider unopposed. If plaintiff opposes the motion by January 29, 2010, defendant shall serve any reply and file the fully briefed motion electronically by February 15, 2010. Just as plaintiff has a right to bring this action, defendant has a right to defend against it and the Court has previously stayed this action and extended plaintiff's time to oppose defendants' motion.

SO ORDERED.

                        /S/
                        LOIS BLOOM
                        United States Magistrate Judge

Dated: November 18, 2009
   Brooklyn, New York