UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
COLONEL MAURICE MAYNARD MEYERS,

        Plaintiff,

-against-

        NOT FOR PUBLICATION
        MEMORANDUM & ORDER
        09-CV-1986 (CBA) (LB)

THE HEALTH AND HOSPITAL CORPORATION,

        Defendant.
----------------------------------------------------------------x
AMON, United States District Judge:

Plaintiff, who is litigating *pro se*, alleges various causes of action arising from his hospitalization at Kings County Hospital. Plaintiff was involuntary hospitalized at Kings County Hospital at the time of filing the instant complaint but was subsequently released. Since that time, plaintiff has been hospitalized in other mental health institutions on both a voluntary and involuntary basis.

Defendant moves to dismiss the action for lack of jurisdiction over the subject matter and for insufficiency of process. By Order dated September 24, 2010, the Court directed plaintiff within 45 days either to provide further information regarding the basis for his claim of diversity jurisdiction or to amend his complaint to name a party other than the New York City Health and Hospitals Corporation. In a March 11, 2011 order, plaintiff was granted additional time, until March 28, 2010, to submit the specified proof or to indicate that he continues to be hospitalized at South Beach Psychiatric Center.

On March 24, 2001, plaintiff submitted a letter providing what he states is the name and address of his real estate company, Ventura Real Estate Corporation, and his home address. He

1

attaches a "Certificate of Licensure," which indicates that at one time he was licensed as a "Principle Broker" and "Property Manager" by the Department of Consumer and Regulatory Affairs, Occupational and Professional Licensing Administration Real Estate Commission, located in Washington, DC. The document, however, indicates that as of February 28, 2001, he failed to renew either license. Plaintiff also instructed the Court to visit a publicly available website to view his license number. That website indicates that the status of the license number for "Ventura Real Estate Corporation" was "inactive," effective February 28, 2001. See www.pulseportal.com (last visited April 12, 2011). Thus, the document provided by the plaintiff does not add weight to his claim that he is currently domiciled in the District of Columbia, nor would the information provided outweigh the significant evidence, discussed in its prior order, that plaintiff is currently a domiciliary of New York.

As the Court finds that it lacks subject matter jurisdiction, plaintiff's claims are dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order and judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Clerk of the Court is directed to enter judgment in accordance with this Order.

SO ORDERED.

/Signed by Judge Amon/

CAROL BAGLEY AMON
United States District Judge

Dated: April 13, 2011
Brooklyn, New York